# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JEROME L. GRIMES, | ) | |
|     Plaintiff, | ) | |
| v. | ) | |
| | ) | Civil Action No. 3:20-CV-0486-M-BH |
| AVIS BUDGET GROUP, INC., | ) | |
|     Defendant. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Defendant Avis Budget Group, Inc.'s Amended Motion for Sanctions and Brief in Support*, filed May 19, 2020 (doc. 14), is **DENIED**.

**SIGNED** this 6th day of January, 2021.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**