IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEROME L. GRIMES, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:20-CV-0486-M-BH |
| | § | |
| AVIS BUDGET GROUP, INC., | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The defendants' *Motion to Dismiss Pursuant to Rule 12(b)(6)*, filed June 23, 2021 (doc. 98), is **GRANTED**, and the remaining claims are subject to dismissal *sua sponte*. Plaintiff's *Motion for Summary Judgement*, filed October 9, 2021 (doc. 111), is **DENIED**. By separate judgment, all of the plaintiff's claims against the defendants will be **DISMISSED with prejudice**.

**SIGNED** this 2nd day of February, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE